Marissa Warren, Esq., State Bar No. 249583
Brian R. Hill, Esq., State Bar No. 117151
Joshua S. Hopps, Esq., State Bar No. 334432
LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES
2677 North Main Street, Suite 901
Santa Ana, California 92705-6632
Telephone (714) 558-7008 • Facsimile (714) 972-0379
Email: Mwarren@ljdfa.com
Email: jhopps@ljdfa.com
Email: bhill@ljdfa.com

Attorneys for Defendant
CVS PHARMACY

# UNITED STATES DISTRICT COURT

## CENTRAL - WESTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| SHELLY YEE,<br><br>    Plaintiff,<br><br>  v.<br><br>CVS PHARMACY, GARFIELD BEACH CVS, LLC and DOES 1 TO 25,<br><br>    Defendants. | Case No. 2:21-cv-09179-MWF(JCx)<br>Removal from Superior Court of California, Ventura, Case No. 56-2021-00559376-CU-MM-VTA<br><br>**MODIFIED ORDER STIPULATED PROTECTIVE ORDER** |

Plaintiff SHELLY YEE, ("Plaintiff"), and Defendant, CVS PHARMACY, ("Defendant") (collectively "the Parties") through their respective attorneys of record, have requested that the Court approve their Stipulated Protective Order (Docket No. 20).

The Court approves the Stipulated Protective Order **with the following modifications**:

1.  The case number in the caption of the first page and in the footer of every page is corrected to read:  Case No. 2:21-cv-09179-MWF(JCx).

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

LA FOLLETTE, JOHNSON, DeHAAS, FESLER & AMES

2.   Paragraph 2.1 is corrected to read:

Action: *SHELLY YEE v. CVS PHARMACY, GARFIELD BEACH CVS, LLC, et al., Case No. 2:21-cv-09179-MWF(JCx).*

3.  Paragraph 3 – which governs the scope of the Stipulated Protective Order – is modified to read as follows:

The protections conferred by this Stipulated Protective Order cover not only Protected Material (as defined above), but also (1) any information copied or extracted from Protected Material; (2) all copies, excerpts, summaries, or compilations of Protected Material; and (3) any deposition testimony, conversations, or presentations by Parties or their Counsel that might reveal Protected Material, other than during a court hearing or at trial.

Any use of Protected Material during a court hearing or at trial shall be governed by the orders of the presiding judge.  This Stipulated Protective Order does not govern the use of Protected Material during a court hearing or at trial.

4.  As the Stipulated Protective Order does not actually attach Exhibit A (which is referenced therein as being attached), such exhibit is attached hereto and deemed an attachment to the Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED:  June 24, 2022

_____
/s/
Honorable Judge Jacqueline Chooljian
United States Magistrate Judge

MODIFIED ORDER  STIPULATED PROTECTIVE ORDER

1
2
3
4

<u>EXHIBIT A</u>

<u>ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND</u>

5
6
7
8
9
10
11
12
13
14
15

I, _____ [print or type full name], of

_____ [print or type full address], declare under penalty of perjury that

I have read in its entirety and understand the Stipulated Protective Order that was

issued by the United States District Court for the Central District of California on

June 24, 2022, in the case of *SHELLY YEE v. CVS PHARMACY, GARFIELD BEACH*

*CVS, LLC, et al., Case No. 2:21-cv-09179-MWF(JCx)*.  I agree to comply with and to

be bound by all the terms of this Protective Order and I understand and acknowledge

that failure to so comply could expose me to sanctions and punishment in the nature

of contempt. I solemnly promise that I will not disclose in any manner any information

or item that is subject to this Protective Order to any person or entity except in strict

compliance with the provisions of this Order.

16
17
18
19
20
21
22
23

     I further agree to submit to the jurisdiction of the United States District Court

for the Central District of California for the purpose of enforcing the terms of this

Protective Order, even if such enforcement proceedings occur after termination of this

action.  I hereby appoint _____ [print or type full name] of

_____ [print or type full address and

telephone number] as my California agent for service of process in connection with

this action or any proceedings related to enforcement of this Protective Order.

Date: _____

24

City and State where sworn and signed: _____

25
26

Printed name: _____

27
28

Signature: _____