UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 21-9179-MWF(JCx)**                                Dated: **September 15, 2022**

Title:    Shelly Yee -v- Garfield Beach CVS, L.L.C., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                          None Present

**PROCEEDINGS (IN CHAMBERS):**       **COURT ORDER**

In light of the Mediation Report [22] filed September 9, 2022, the Court sets a hearing on Order To Show Cause Re Dismissal for October 24, 2022 at 11:30 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. All other hearings and deadlines are hereby vacated.

IT IS SO ORDERED.

MINUTES FORM 90                                              Initials of Deputy Clerk   rs
CIVIL - GEN